[No. 16944-4-II.     Division Two.    May 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. NELSON LEE SELLERS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 82-1-01433-0, J. Kelley Arnold, J., entered February 25, 1993. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, C.J., and Wiggins, J.

[No. 17055-8-II.     Division Two.    May 17, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. AMHA ADUYE ADEMASU, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 92-1-00962-9, Christine A. Pomeroy, J., entered April 16, 1993. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Wiggins and Fleisher, JJ.

[No. 16550-3-II.     Division Two.    May 17, 1995.]

WOODLAND SCHOOL DISTRICT, ET AL, *Appellants*, v. THE SUPERINTENDENT OF PUBLIC INSTRUCTION, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 90-2-02747-1, Paula Casey, J., entered September 22, 1992. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, C.J., and Alexander, J. Pro Tem.